IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OASIS IMAGING PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 1361 |
| | ) | |
| | ) | |
| T.T.I INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Now comes the plaintiff OASIS IMAGING PRODUCTS, INC., by its attorneys, Steven J. Kadison, Thomas M. Craig, Kamenear Kadison Shapiro & Craig, and moves for the entry of judgment in favor of plaintiff and against defendant T.T.I INTERNATIONAL, INC. and in support thereof states as follows:

1. On or about March 9, 2007, plaintiff filed a two count complaint against defendant alleging breach of contract and unjust enrichment as a result of defendant's failure to pay $417,182.05 for goods sold and delivered.

2. On or about February 29, 2008, plaintiff and defendant entered into a Mutual Release and Settlement Agreement by the terms of which plaintiff agreed to compromise its claim and defendant promised to make monthly payments until the agreed upon amount was paid.

Defendant also agreed to pay 6% interest per annum on the unpaid balance.

3. As security for performance by defendant to pay the agreed upon amount, defendant, through its counsel, executed a Stipulation For Entry of Judgment and an Agreed Order of Judgment, copies of which are attached hereto.

4. Defendant has breached its settlement agreement with plaintiff by failing to pay the amount due and has failed to cure its default despite numerous requests to its counsel that it do so.

5. Pursuant to paragraph 9 of the Mutual Release and Settlement Agreement, the parties agreed that despite the dismissal of the case with prejudice, "the Court shall retain jurisdiction to enforce the terms of this Agreement."

6. Pursuant to paragraph 6A of the Mutual Release and Settlement Agreement, plaintiff is entitled "to recover all reasonable attorney's fees and costs incurred by it in collecting any amount due or enforcing any rights or remedies under the Settlement Agreement."

WHEREFORE, plaintiff OASIS IMAGING PRODUCTS, INC. prays for the entry of judgment in its favor and against defendant T.T.I INTERNATIONAL, INC. in the amount of $111,725.82 plus reasonable attorney's fees.

                Respectfully submitted,

                OASIS IMAGING PRODUCTS, INC.

        By:    s/Steven J. Kadison
                One of its attorneys

Steven J. Kadison
Thomas M. Craig
Kamenear Kadison Shapiro & Craig
20 North Clark Street
Suite 2200
Chicago, Illinois 60602
(312) 332-0490